JOHN COLLERAN et al., Appellants, *v.* DAVID T. KENNEDY et al., Respondents.

(Argued October 26, 1883; decided November 27, 1883.)

ASIDE from questions as to facts, which were disposed of upon the ground that there was sufficient evidence to sustain the findings, there were various questions as to the reception of evidence; as to these the court here say: "An examination of the record shows that no reason for the objection was specified in any case, nor are the exceptions now supported upon grounds not capable of being obviated, had the attention of the adverse party been called to them."

*E. H. Benn* for appellants.

*Edward G. Whitaker* for respondents.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.